CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number: 14853

SUE P. FAHAMI
Assistant United States Attorney
Nevada Bar Number: 5634
400 South Virginia, Suite 900
Reno, Nevada 89501
Telephone: (775) 784-5438
Sue.P.Fahami@usdoj.gov

MICHAEL C. LANDMAN (N.Y. Bar No. 5423603)
ERIC L. TAFFET (N.Y. Bar No. 5087101)
Trial Attorneys
Tax Division, Western Criminal Enforcement Section
United States Department of Justice
150 M Street NE, Room 2.118
Washington, D.C. 20002
Telephone: (202) 307-6541
Facsimile: (202) 514-9623
Michael.C.Landman@usdoj.gov
Eric.L.Taffet@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | Case No:  3:19-CR-00010-MMD-WGC |
| Plaintiff, | **Joint Stipulation to Continue Government's Response Deadline to Defendant Alessa's Pending Motion [ECF 162]** |
| vs. | (First Joint Stipulation) |
| Saud A. Alessa,<br>Jackie Hayes<br>(aka Jackie Bassi), and<br>Jeffrey Bowen, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHIOU, Acting United States Attorney, SUE P. FAHAMI, Assistant United States Attorney, MICHAEL C. LANDMAN and ERIC L. TAFFET, Trial Attorneys, U.S. Department of Justice, counsel for the United States of America, RENE L. VALLADARES, Federal Public Defender, and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for SAUD A. ALESSA, and  MICHAEL KENNEDY, counsel for JEFFREY BOWEN, that the government shall have to and including August 10, 2021, to file a response to Defendant Alessa's pending motion for an order regarding preservation of records and disclosure of Internal Revenue Service ("IRS") retention policies.  *See* ECF No. 162 (the "Motion").

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that Defendant Alessa and Defendant Bowen shall have to and including August 17, 2021, to file a reply to any government response to the Motion.

The Stipulation is entered into for the following reasons:

1. The government's response to the Motion is currently due on or before July 27, 2021.

2. On July 26, 2021, the government conferred with counsel for Defendant Alessa and counsel for Defendant Bowen, the two parties who have joined the Motion.  The government agreed to provide additional discovery regarding information it had recently learned regarding IRS retention policies and any attempts made by the IRS to locate the information sought by Defendant Alessa in the Motion.

3. The parties agree that, after discovery is produced, the parties may be able to resolve the Motion without Court intervention.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the government to provide the information it recently received,

and to allow counsel for Defendants Alessa and Bowen to review the information and make a decision regarding whether it will continue to seek a ruling from the Court on the Motion.

5.  This request for a continuance does not effect the currently scheduled trial date. This is the first joint stipulation to continue filed herein.

DATED this 26th day of July, 2021.


RENE L. VALLADARES                      CHRISTOPHER CHIOU
Federal Public Defender                 Acting United States Attorney


  */s/Lauren D. Gorman*                     */s/ Michael C. Landman*
By:_____              By:_____
Lauren D. Gorman                        MICHAEL C. LANDMAN
Assistant Federal Public Defender       Trial Attorney
Counsel for SAUD ALESSA                 Counsel for the United States



MICHAEL J. KENNEDY
Counsel for JEFFREY BOWEN



  */s/Michael J. Kennedy*
By:_____
MICHAEL J. KENNEDY
Counsel for JEFFREY BOWEN

1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3
UNITED STATES OF AMERICA,                    Case No. 3:19-CR-0010-MMD-WGC
               Plaintiff,

4
                                  **FINDINGS OF FACT,**
                                  **CONCLUSIONS OF LAW AND**

5
       v.                                          **ORDER**

6
SAUD A. ALESSA,
JACKIE HAYES

7
aka Jackie Bassi, and
JEFFREY BOWEN
               Defendants.

8

9

**FINDINGS OF FACT**

10
        Based on the pending Stipulation of counsel, and good cause appearing therefore, the

11
Court finds that:

12
1.      The additional time requested herein is not sought for purposes of delay, but merely

13
        to allow counsel for the government to provide the information it recently received,

14
        and to allow counsel for Defendants Alessa and Bowen to review the information and

15
        make a decision regarding whether it will continue to seek a ruling from the Court on

16
        the Motion.

17
2.      This request for a continuance does not effect the currently scheduled trial date.

18
3.      The parties agree to this continuance.

19
4.      The defendants are on bond.

20
5.      This continuance is not sought for purposes of delay.

21

**CONCLUSIONS OF LAW**

22
        The continuance sought herein does not affect the currently scheduled trial date and

23
thus has no effect on the Speedy Trial Act.

24

## **ORDER**

IT IS THEREFORE ORDERED that the government shall have to and including August 10, 2021, to file a response to the Motion (ECF No. 162), and that Defendants Alessa and Bowen shall have to and including August 17, 2021, to file a reply to any government response to the Motion.

DATED this __27th day__ of July, 2021.


_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE