UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00010-MMD-WGC-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SAUD A. ALESSA, *et al.*, | |
| Defendants. | |

Defendant Saud A. Alessa was indicted on four tax fraud counts based on the government's theory that he conspired with his supervisor and domestic partner to conceal his income as a manager of door-to-door vacuum salesmen to prevent the Internal Revenue Service from garnishing his wages to pay previously incurred tax debts. (ECF No. 1.) Trial is scheduled to commence on October 18, 2021. Before the Court is Alessa's motion to stay proceedings due to an unconstitutionally invalid jury selection plan (ECF No. 283 ("Motion")), though he reserves the right to supplement his motion once the petit jury is empaneled. Alessa's Motion raises similar arguments to those raised in two separate motions in another case, *United States v. Knight,* Case No. 3:19-cr-00038-MMD-CLB (D. Nev. Filed Aug. 1, 2019) ("*Knight*"), which the Court denied.[1] *See Knight* at ECF No. 171 (denying motion to dismiss indictment due to unconstitutionally invalid petit jury or, in the alternative, motion to stay proceedings); ECF No. 155 (denying motion to dismiss indictment due to an unconstitutionally invalid grand jury). The Court denies the Motion for the reasons articulated in the Court's denial of the similar motions in *Knight* and incorporates by reference here its reasoning from the two orders issued in *Knight*. (*Id.*)

---

[1] The government's response (ECF No. 300) and Alessa's reply (ECF No. 314) also reiterate similar arguments to those raised in the related briefs in *Knight* with some modifications tailored to the facts and demographic information pertinent to this case.

1 DATED THIS 28th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE